# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

JEFFERY WASHINGTON

NO. 2024 KW 0159

**MAY 13, 2024**

---

In Re: Jeffery Washington, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-23-05774.

---

**BEFORE: GUIDRY, C.J., CHUTZ AND LANIER, JJ.**

**WRIT DENIED.** The records of the East Baton Rouge Parish Clerk of Court's Office reflect that the district court acted on relator's motion to act as co-counsel filed on or about November 22, 2023. The records further reflect that the district court is proceeding toward disposition of relator's motion for a speedy trial, filed November 22, 2023, as a motion hearing is set for May 13, 2024.

JMG
WIL

**Chutz, J.,** concurs.

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT